**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| DESHAUN O. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:22-cv-237 |
| | ) | |
| CITY OF FORT WAYNE, OFFICER E. | ) | |
| PATTERSON and OFFICER | ) | |
| T. WAIDELICH, | ) | |
| | ) | |
| Defendants. | ) | |

**PETITION FOR REMOVAL**

TO THE JUDGES FOR THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA:

The Petition of the undersigned Petitioner/Defendants respectfully shows:

1.     On June 15, 2022, Plaintiff, DeShaun O. Harris, commenced a cause of action against Defendants, City of Fort Wayne, Officer E. Patterson, and Officer T. Waidelich, before the Superior Court of Allen County, Indiana entitled *DeShaun O. Harris v. City of Fort Wayne, Officer E. Patterson, Officer T. Waidelich,* Cause No. 02D03-2206-CT-000285. According to the Chronological Case Summary maintained by the Clerk of the Allen Superior Court, the original Summons and Complaint were issued by the Allen Superior Court on June 7, 2021. Defendants, received a copy of the Summons and Complaint on June 21, 2022.  On July 14, 2022, Defendants, City of Fort Wayne, Officer E. Patterson and Officer T. Waidelich, appeared in the State Court action by counsel. A copy of the Summons, Complaint, Order, and Chronological Case Summary are attached hereto and are identified as Exhibit 1.

2.     The State Court Complaint includes contains a federal question consisting of a Fourth Amendment claim of excessive force through 42 U.S.C. § 1983. As a result, the above-described action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by the Petitioner/Defendant herein pursuant to the provisions of

28 U.S.C. § 1441(c), in that it is a civil action arising under the Constitution, laws, or treaties of the United States.

3.      Upon filing this Petition, Petitioner/Defendant has paid the required filing fee of $400.00.

4.      Pursuant to 28 U.S.C. § 1441, the above-described action has been removed to the proper district court of the United States and division embracing the place where such action is pending.

5.      This Notice of Removal is timely in accordance with 28 U.S.C. § 1446.

6.      After filing this Notice of Removal, Petitioner/Defendants, will promptly serve written notice of this Notice of Removal on counsel for all adverse parties and file the same with the Clerk of the Kosciusko Circuit Court in accordance with 28 U.S.C. § 1446(d).

8.      By removing this action from the Allen Superior Court, Petitioner/Defendant does not waive any defenses available to it.

9.      By removing this action from the Allen Superior Court, Petitioner/Defendant, does not admit any of the allegations in Plaintiff DeShaun O. Harris's Complaint.

WHEREFORE, Petitioner/Defendant, City of Fort Wayne, Officer E. Patterson, and Officer T. Waidelich, by counsel, prays that the above action now pending against it in the Allen Superior Court be removed therefrom to this Court.

Respectfully submitted,

**ROTHBERG LOGAN & WARSCO LLP**

*/s/ Rachel J. Guin*  
Rachel J. Guin, Atty. No. 31722-02  
505 East Washington Boulevard  
Fort Wayne, IN 46802  
Telephone:  (260) 422-9454  
Facsimile:  (260) 422-1622  
rguin@rothberg.com  
Attorney for Defendants, City of Fort Wayne, et. al

## **CERTIFICATE OF SERVICE**

I certify that on July 14, 2021, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF System, and served all attorneys of record through the CM/ECF system.

I hereby certify that a true and correct copy of the foregoing document was deposited in the U.S. Mail, First Class, postage pre-paid on July 14, 2021, addressed to:

DeShaun O. Harris
c/o Christopher Carson Myers
Ilene Marie Smith
809 S. Calhoun St., Suite 400
Fort Wayne, IN 46802

/s/ *Rachel J. Guin*
Rachel J. Guin

3